[No. 35401-2-II.   Division Two.   June 17, 2008.]

*In the Matter of the Custody of* V.M.

LEONILA O.-G. ET AL., *Appellants*, v. GARY B. ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 04-3-00369-5, David E. Foscue and F.
Mark McCauley, JJ., entered September 22, 2006. *Affirmed*
by unpublished opinion per Houghton, J., concurred in by
Armstrong and Quinn-Brintnall, JJ.

[No. 35549-3-II.   Division Two.   June 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTEN WILLIAM
DEFRANG, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 06-1-00160-4, George L. Wood, J., and
Susan Owens, J. Pro Tem., entered November 3, 2006.
*Affirmed* by unpublished opinion per Bridgewater, J., con-
curred in by Van Deren, C.J., and Armstrong, J.

[No. 35758-5-II.   Division Two.   June 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TYE CHRISTOPHER
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 06-1-00874-8, Russell W. Hartman, J., entered
December 1, 2006. *Affirmed in part*, *reversed in part*, and
*remanded* by unpublished opinion per Van Deren, C.J.;
Bridgewater and Armstrong, JJ., concurring in the result
only.